ACCEPTED
05-23-01261-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/11/2024 10:25 AM
RUBEN MORIN
CLERK

## No. 05-23-01261-CV

IN THE FIFTH COURT OF APPEALS
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/11/2024 10:25:04 AM
Ruben Morin
Clerk

PRIMALEND CAPITAL PARTNERS, LP AND LNCMJ MANAGEMENT, LLC,

*Appellants*,

v.

MEIR BENIT, INDIVIDUALLY AND RON BENIT, AS TRUSTEE OF THE MEIR BENIT
TRUST,

*Appellees*.

On Appeal from the
95th Judicial District Court of Dallas County
Cause No. DC-21-06229

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5 and 52.9, Appellants PrimaLend Capital Partners, LP and LNCMJ Management, LLC respectfully file this Unopposed Second Motion for Extension of Time to File its Opening Brief. The current deadline for filing the Brief is **March 22, 2024**. Appellants requests a **thirty-day extension** of time for a new deadline of **April 22, 2024**.

The undersigned lead appellate counsel for Appellants is currently out of the country on a long-planned family trip. In addition, I have had to devote time and attention to the following matters:

1. Preparation of Motion for Rehearing in *Repsol Oil & Gas USA, LLC v. Matrix Petroleum, LLC,* in the Fourth Court of Appeals, No. 04-18-00411-CV, due March 13, 2024;

2. Preparation of Appellee's Brief in *West Harbour, LLC v. Orleans Harbour Homeowners Association*, *Inc.*, in the Fourteenth Court of Appeals, No. 14-23-00249-CV, due March 18, 2024 (extension may be requested);

3. Preparation of Appellee's Brief in *PBAC 507 Holdings, LLC v. Broadview Properties, LLC*, in the Third Court of Appeals, No. 03-23-00411-CV, due March 25, 2024 (extension is being requested);

4. Preparation for trial *Palo Duro G&P (Oklahoma) L.P., et al. v. Wheeler County Appraisal District*, in the 31st Judicial District Court of Hemphill County, Texas, No. 14328, set for April 8, 2024; and

5. Preparation for trial *Palo Duro G&P (Oklahoma) L.P., et al. v. Wheeler County Appraisal District*, in the 31st Judicial District Court of Hemphill County, Texas, No. 7755, set for April 22, 2024.

Unless otherwise indicated, the deadlines were scheduled prior to the deadline sought to be extended, have already been extended previously, and/or are difficult or not possible to reschedule due to the circumstances surrounding the particular deadline. These responsibilities further support the requested extension. This extension is not sought for the purposes of delay. One prior extension has been granted for this deadline.

As set forth in the Certificate of Conference below, counsel for this motion for extension of time is unopposed.

For these reasons, Appellants request that the Motion for Extension of Time be granted and the deadline for their opening brief be extended 30 days to April 22, 2024.

Respectfully submitted,

/s/ *Marcy Hogan Greer*
Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE & JEFFERSON LLP
515 Congress Ave., Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile:  (512) 482-9303

R. Scott Seifert
Texas Bar No. 24003860
sseifert@spencerfane.com
Laurie N. Patton
Texas Bar No. 24078158
lpatton@spencerfane.com
Kimberly H. Kerns
Texas Bar No. 24071217
kkerns@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Telephone: (214) 750-3610
Facsimile:  (214) 750-3612

Jacob Sparks
Texas Bar No. 24066126
Jacob.sparks@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Brian P. Shaw, counsel for appellees, on March 10, 2024, and his clients do not oppose the relief requested in this motion.

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer

## CERTIFICATE OF SERVICE

I certify that on March 11, 2024, a true and correct copy of this motion is served via electronic service through eFile.TXCourts.gov on parties through counsel of record.

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mandy Patterson on behalf of Marcy Greer
Bar No. 8417650
mpatterson@adjtlaw.com
Envelope ID: 85402877
Filing Code Description: Motion
Filing Description: Unopposed Second Motion for Extension of Time to File Appellants' Brief
Status as of 3/11/2024 10:37 AM CST

Associated Case Party: PrimaLend Capital Partners, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mandy Patterson | | mpatterson@adjtlaw.com | 3/11/2024 10:25:04 AM | SENT |
| Marcy HoganGreer | | mgreer@adjtlaw.com | 3/11/2024 10:25:04 AM | SENT |
| Stacey Jett | | sjett@adjtlaw.com | 3/11/2024 10:25:04 AM | SENT |
| R. ScottSeifert | | sseifert@spencerfane.com | 3/11/2024 10:25:04 AM | SENT |
| Laurie N.Patton | | lpatton@spencerfane.com | 3/11/2024 10:25:04 AM | SENT |
| Kimberly H.Kerns | | kkerns@spencerfane.com | 3/11/2024 10:25:04 AM | SENT |
| Jacob Sparks | | jacob.sparks@nelsonmullins.com | 3/11/2024 10:25:04 AM | SENT |
| Cathi Trullender | | ctrullender@adjtlaw.com | 3/11/2024 10:25:04 AM | SENT |

Associated Case Party: Meir Benit

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian P.Shaw | | bshaw@ccsb.com | 3/11/2024 10:25:04 AM | SENT |
| Daniel JamesBennett | | dan@danbennettlaw.com | 3/11/2024 10:25:04 AM | SENT |
| Tania Sethi | | tsethi@ccsb.com | 3/11/2024 10:25:04 AM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brent Rubin | | brubin@ccsb.com | 3/11/2024 10:25:04 AM | SENT |
| Maria Kountz | | mkountz@ccsb.com | 3/11/2024 10:25:04 AM | ERROR |
| Whitney Martinez | | wmartinez@ccsb.com | 3/11/2024 10:25:04 AM | ERROR |